**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00632-CV

### JAROD DOUET AND JASALYN MOSBEY-DOUET, Appellants

### V.

### PAPILLON ROMERO; DUSTIN FERGUSON D/B/A AACE INSPECTIONS; AND URE HOUSTON, LLC, Appellees

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-38090**

## MEMORANDUM OPINION

This is an appeal from a partial summary judgment signed August 20, 2020. On December 4, 2020, appellants filed a motion to dismiss the appeal "without prejudice." *See* Tex. R. App. P. 42.1. The motion states appellants have reviewed the record and believe this court lacks appellate jurisdiction because the August 20, 2020 judgment is not final. Appellants asks that we grant their motion to dismiss

"without prejudice" to their appealing a final judgment in the trial court.

The Texas Rules of Appellate Procedure speak of dismissals. They do not describe dismissals as with or without prejudice. Therefore, we construe appellants' motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted and the appeal is dismissed. Our grant of appellants' motion should not be construed as a conclusion regarding this court's appellate jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain